# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1177**

**KA 09-01768**

PRESENT: SCUDDER, P.J., SMITH, SCONIERS, GORSKI, AND MARTOCHE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                                          ORDER

PAUL JENKINS, III, DEFENDANT-APPELLANT.

---

JAMES S. KERNAN, PUBLIC DEFENDER, LYONS (MARY P. DAVISON OF COUNSEL),
FOR DEFENDANT-APPELLANT.

RICHARD M. HEALY, DISTRICT ATTORNEY, LYONS (MELVIN BRESSLER OF
COUNSEL), FOR RESPONDENT.

---------------------------------------------------------------------------------------------------------

Appeal from a judgment of the Wayne County Court (Stephen R.
Sirkin, J.), rendered June 9, 2009. The judgment convicted defendant,
upon a jury verdict, of gang assault in the second degree.

It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed.

Entered:  November 10, 2011                           Patricia L. Morgan
                                                      Clerk of the Court